

JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

## Martin V. LOPEZ, Jr., Claimant–Appellant,

v.

## R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

### No. 05–7186.

United States Court of Appeals, Federal Circuit.

Dec. 19, 2005.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## Cynthia S. LOWRANCE, Petitioner,

v.

## MERIT SYSTEMS PROTECTION BOARD, Respondent.

### No. 05–3368.

United States Court of Appeals, Federal Circuit.

Dec. 19, 2005.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## Cherise C. JOHNSON, Petitioner,

v.

## MERIT SYSTEMS PROTECTION BOARD, Respondent.

### No. 05–3375.

United States Court of Appeals, Federal Circuit.

Dec. 21, 2005.

Cherise C. Johnson, pro se.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**German M. QUIAMBAO, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 06–3024.

United States Court of Appeals, Federal Circuit.

Dec. 21, 2005.

German M. Quiambao, Thomas D. Dinackus, pro se.

### ON MOTION

#### ORDER

German M. Quiambao moves for leave to proceed in forma pauperis and submits a Fed. Cir. R. 15(c) statement concerning discrimination and an informal brief. We consider whether we should vacate the court's December 7, 2005 order dismissing Quiambao's petition for review for failure to pay the fee and file a Fed. Cir. R. 15(c) statement concerning discrimination.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Quiambao's motion for leave to proceed in forma pauperis is granted.

(2) The court's December 7, 2005 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(3) OPM's brief is due within 21 days of the date of filing of this order.

**Larry N. ROOD and Billie A. Rood, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5061.

United States Court of Appeals, Federal Circuit.

Dec. 21, 2005.

### ON MOTION

#### ORDER

Larry Rood and Billie A. Rood move through counsel to withdraw the appeal. Additionally, appellants request that the court reconsider the December 1, 2005 order denying their request to strike and set aside a June 7, 2004 order issued by the United States Court of Federal Claims.